Theodore K. Stream, State Bar #138160
Ted.Stream@greshamsavage.com
Stefanie G. Field, State Bar #181646
Stefanie.Field@GreshamSavage.com
Mario Alfaro, State Bar # 246420
Mario.Alfaro@greshamsavage.com
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA 92501-3335
Telephone:  (951) 684-2171
Facsimile:   (951) 684-2150

Attorneys for Plaintiff,
LANCER PROPERTIES, LLC

JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LANCER PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ABDUL CHAUTHANI, an individual; and DOES 1-10, inclusive,<br><br>    Defendant.<br><br>AND RELATED CLAIMS. | CASE NO. CV09-04641 DSF (FMOx)<br><br>ASSIGNED FOR ALL PURPOSES to the Honorable Dale S. Fischer, District Judge<br><br>**ORDER FOR DISMISSAL OF LANCER PROPERTIES, LLC COMPLAINT AGAINST ABDUL CHAUTHANI**<br><br>**[FRCP 41 (a)]**<br><br>Complaint Filed: June 26, 2009<br>Third-Party Compl. Filed: Nov. 6, 2009<br>Cross Claim Filed: Dec. 23, 2009 |

///
///
///
///

-1-

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

L480-016 -- 717288.1

ORDER FOR DISMISSAL OF LANCER
COMPLAINT AGAINST CHAUTHANI
CV 09-04641 DSF (FMOx)

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Lancer Properties, LLC ("Lancer") and Defendant, Abdul Chauthani ("Chauthani") having settled and filed a stipulation for dismissal with prejudice, and good cause appearing wherefore,

IT IS HEREBY ORDERED THAT:

The Complaint filed by Lancer against Chauthani in the above-captioned action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: ____6/12/12_____

By:_____
Dale S. Fischer
United States District Judge

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

L480-016 -- 717288.1

-2-

ORDER FOR DISMISSAL OF LANCER
COMPLAINT AGAINST CHAUTHANI
CV 09-04641 DSF (FMOx)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action; my business address is: 3750 University Avenue, Suite 250, Riverside, CA 92501-3335. On June 12, 2012, I served copies of the within documents described as **[PROPOSED] ORDER FOR DISMISSAL OF LANCER PROPERTIES, LLC COMPLAINT AGAINST ABDUL CHAUTHANI** on the interested parties in this action in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

[X] **BY MAIL** - I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day in the ordinary course of business, with postage thereon fully prepaid at Riverside, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by hand to the offices of the addressee pursuant to C.C.P. § 1011.

[ ] **BY EXPRESS MAIL/OVERNIGHT DELIVERY** - I caused such envelope to be delivered by hand to the office of the addressee via overnight delivery pursuant to C.C.P. § 1013(c), with delivery fees fully prepaid or provided for.

[ ] **BY FACSIMILE** - I caused such document to be delivered to the office of the addressee via facsimile machine pursuant to C.C.P. § 1013(e). Said document was transmitted to the facsimile number of the office of the addressee from the office of Gresham Savage Nolan & Tilden, in Riverside, California, on the date set forth above. The facsimile machine I used complied with California Rules *of Court*, Rule 2003(3) and no error was reported by the machine. Pursuant to California *Rules of Court*, Rule 2009(i), I caused the machine to print a record of the transmittal, a copy of which is attached to this declaration.

[X] **FEDERAL** - I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2012, at Riverside, California.

TERI D. GALLAGHER

-3-

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

L480-016 -- 717288.1

ORDER FOR DISMISSAL OF LANCER COMPLAINT AGAINST CHAUTHANI
CV 09-04641 DSF (FMOx)

# SERVICE LIST

| | |
|---|---|
| Erik McLain, Esq.<br>MCLAIN, PC<br>650 Town Center Drive<br>14th Floor<br>Costa Mesa, CA 92626<br>(714) 656-3099/Telephone<br>(714) 549-1943/Facsimile<br>EM@mclainfirm.com | ***Attorneys for Defendant, Counter-claimant, Third Party, Abdul Chauthani*** |
| Peter Duchesneau, Esq.<br>Borchien Lai, Esq,<br>Manatt, Phelps & Phillips, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064-1614<br>(310) 312-4000/Telephone<br>(310) 312-4224/Facsimile<br>pduchesneau@manatt.com<br>blai@manatt.com | ***Attorneys for Third Party Defendant, Hyrosen Properties, Inc.*** |
| Alexander M. Weyand, Esq.<br>Paul P. DeAngelis, Esq.<br>Rebecca M. Hoberg, Esq.<br>Weyand Law Firm, APC<br>531 Howard Street, First Floor<br>San Francisco, CA 94105<br>(415) 536-2800/Telephone<br>(415)536-2818/Facsimile<br>aweyand@wynlaw.com<br>pdeangelis@wynlaw.com<br>rhoberg@wynlaw.com | ***Attorneys for Third Party Defendant, Vic Manufacturing Company, Inc.*** |
| Michael J Stiles, Esq,<br>Stiles Law Group<br>800 E. Colorado Blvd., Suite 210<br>Pasadena, CA 91101<br>(626) 243-5599/Telephone<br>(626) 389-0599/Facsimile<br>mstiles@stileslawgroup.com | ***Attorneys for Third Party Defendant, Walter K. Ro*** |

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

L480-016 -- 717288.1

ORDER FOR DISMISSAL OF LANCER COMPLAINT AGAINST CHAUTHANI
CV 09-04641 DSF (FMOx)